Elise H. Ettlinger and Others, by Morton Stein, Their Guardian ad Litem, Respondents, v. Albert J. Kramer and Others, as Executors, etc.,

of William Kramer, Deceased, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.